

**FILED**
U.S. District Court

JAN 29 2015

Clerk, U.S. District Court
By_____ Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

OLIVIA HOUSLEY, )
)
       *Plaintiff,* )
)
vs. ) Case No. 13-1021-EFM
)
SPIRIT AEROSYSTEMS, INC., )
)
       *Defendant.* )
_____)

### VERDICT FORM

We, the jury, duly impaneled and sworn, upon our oaths, present the following answers to the questions submitted by the court:

Did you find by a preponderance of the evidence that:

1. Defendant Spirit would have hired Plaintiff Olivia Housley for the position of manufacturing scheduler but for plaintiff's age?

    Yes _____                  No   X_____

**If your answer to Question 1 is "Yes," then proceed to Question 2. If your answer is "No" proceed to Question 4.**

2. What amount of damages, if any, do you find will compensate Ms. Housley for the loss of compensation she sustained as a result of Spirit's unlawful failure to hire her, as reduced by any mitigating compensation she earned, or would have earned by reasonable and diligent efforts to mitigate her damages.

    $ _____

**If you answer "Yes" to Question 2, proceed to Question 3. If you answer "No" to Question 2 proceed to Question 4.**

3. Was the age discrimination by Defendant Spirit in not hiring the plaintiff willful?

    Yes _____          No _____

4. Was agreement on each of the above questions by a unanimous vote of the jurors?

    Yes ___X___          No _____

*Please sign and date the verdict form and notify my law clerk that you have reached a verdict.*

January 29, 2015
Date

_____
Presiding Juror